# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 28, 2019

## NO. 03-17-00365-CV

**Mateo Cortez, as Representative of the Estate of Deborah Cortez, Appellant**

**v.**

**Sandra Flesher Brown, Charlotte Flesher Ash, Charlene Flesher Johnston, Connie Lou Keith Barry, Randall Wayne Davis, Virginia Villers, Charles Roberts, Lisa A. Smith, Patricia Chapman, Betty J. Marks Webb, James Berl Marks, Linda Murray, Thomas Wayne Marks, and Donald Leman Whited, Appellees**

**APPEAL FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND GOODWIN
AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE;
JUSTICE FIELD NOT PARTICIPATING**

This is an appeal from the judgment signed by the trial court on February 10, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.